David Pierce (SBN 150231)
dpierce@dhpierce.com
Codette Wallace (SBN 116324)
cwallace@dhpierce.com
Larry Liu (SBN 175799)
lliu@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
Tel: (818) 826-5480
Fax: (818) 826-5486

Attorneys for Plaintiff
ELIE SAKAYAN

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50, <br><br> Defendants. | Case No. 2:22-cv-06618-MWF-SK <br><br> **PLAINTIFF ELIE SAKAYAN'S DEMAND FOR JURY TRIAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Elie Sakayan demands a trial by jury of all claims set forth in the above-titled action.

Dated: December 19, 2022        DAVID H. PIERCE & ASSOCIATES PC

/s/ *Larry Liu*
David Pierce
Codette Wallace
Larry Liu

Attorneys for Plaintiff
ELIE SAKAYAN