David Pierce (SBN 150231)
dpierce@dhpierce.com
Larry Liu (SBN 175799)
lliu@dhpierce.com
Shih-Chieh Wang (SBN 329518)
jwang@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
Tel: (818) 826-5480
Fax: (818) 826-5486

Attorneys for Plaintiff
ELIE SAKAYAN

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual, | Case No. 2:22-cv-06618-MWF-SK |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES** |
| HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50, | |
| Defendants. | |

The Parties hereby stipulate and respectfully request that the Court extend certain scheduling deadlines, as set forth more fully below.

### RECITALS

1.     On September 15, 2022, the case was removed from the Los Angeles Superior Court to this Court.  Dkt. 1.

2.     On September 30, 2022, Defendants filed a Motion to Dismiss the Complaint.  Dkt. 10.

1

3. On November 28, 2022, the Court issued an Order re Defendants' Motion to Dismiss which granted Defendants' motion in part and denied Defendants' motion in part. Dkt. 19.

4. On December 19, 2022, Plaintiff filed a First Amended Complaint. Dkt. 20.

5. On January 6, 2023, the Parties filed a Stipulation to extend the time in which Defendants had to answer the First Amended Complaint. Dkt. 22.

6. On January 9, 2023, the Court issued an Order granting the Stipulation. Dkt. 23.

7. On January 10, 2023, Defendant answered the First Amended Complaint.

8. On March 3, 2023, the Court issued an Order re Jury Trial, which included certain scheduling deadlines. Dkt. 28.

9. The Parties are now and have been engaged in discovery.

10. The Parties respectfully request that the Court extend certain scheduling deadlines set forth in its Order re Jury Trial.

11. The requested extensions will not delay the timely resolution of this case, which is currently set for trial on June 11, 2024.

12. There have been no prior requests for extensions of any scheduling deadlines, other than a short 11-day extension of time for Defendants to answer the First Amended Complaint.

## STIPULATION

The Parties hereby stipulate and respectfully request that the Court extend certain scheduling deadlines, as set forth in the table below.

| Matter | Current Deadline | Proposed New Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | 02/02/2024 | 02/23/2024 |

2

| | | |
|---|---|---|
| Expert Disclosure (Initial) | 12/29/2023 | 01/12/2024 |
| Expert Disclosure (Rebuttal)] | 01/26/2024 | 02/16/2024 |
| Expert Discovery Cut-off | 03/01/2024 | 03/08/2024 |
| Last Day to Hear Motions | 03/04/2024 | 04/05/2024 |
| Last Day to Conduct ADR | 03/22/2024 | 04/15/2024 |
| File Memorandum of Contentions of Fact and Law, Exhibits and Witness Lists, Status Report re Settlement, and Motions in Limine | 04/29/2024 | No change |
| Lodge Pretrial Conference Order, File Jury Instructions and Verdict Forms, File Statement re Disputed Instructions and Verdict Forms, and File Oppositions | 05/06/2024 | No change |
| Final Pretrial Conference and Hearing re Motions in Limine | 05/20/2024 | No change |
| Trial Date | 06/11/2024 | No change |

Dated: December 22, 2023          DAVID H. PIERCE & ASSOCIATES PC

/s/ *Larry Liu*
David Pierce
Larry Liu
Shih-Chieh Wang

Attorneys for Plaintiff
ELIE SAKAYAN

1

Dated: December 22, 2023

GARIBIAN LAW OFFICES, PC

2

3

/s/ *Antranig Garibian*
Antranig Garibian

4

Attorneys for Defendants
HARRY ZHABILOV, ENZOLYTICS, INC., and
IMMUNOTECH LABORATORIES, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Local Civil Rule L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document.

Dated: December 22, 2023          DAVID H. PIERCE & ASSOCIATES PC


/s/ *Larry Liu*
David Pierce
Larry Liu
Shih-Chieh Wang

Attorneys for Plaintiff
ELIE SAKAYAN