UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50,<br><br>  Defendants. | Case No. 2:22-cv-06618-MWF(SKx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES** |

The Court, having considered the Parties' Stipulated Request to Extend Scheduling Deadlines, hereby ORDERS only the following deadlines to be extended:

| **Matter** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-expert Discovery Cut-off | 02/02/2024 | 02/23/2024 |
| Expert Disclosure (Initial) | 12/29/2023 | 01/12/2024 |
| Expert Disclosure (Rebuttal)] | 01/26/2024 | 02/16/2024 |
| Expert Discovery Cut-off | 03/01/2024 | 03/08/2024 |
| Last Day to Hear Motions | 03/04/2024 | 04/05/2024 |
| Last Day to Conduct ADR | 03/22/2024 | 04/15/2024 |

All other scheduling deadlines shall remain the same, i.e., as set forth in the Court's Order re Jury Trial, dated March 3, 2023. (Docket No. 28).

IT IS SO ORDERED.

Dated:  December 26, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge