THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50,<br><br>Defendants. | Case No. 2:22-cv-06618-MWF(SKx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES** |

The Court, having considered the Parties' Stipulated Request to Extend Scheduling Deadlines, hereby ORDERS the following deadlines to be extended:

| Matter | Current Deadline | New Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | 02/16/2024 | 03/08/2024 |
| Expert Disclosure (Initial) | 01/12/2024 | 01/24/2024 |
| Expert Disclosure (Rebuttal) | 01/26/2024 | 03/01/2024 |
| Expert Discovery Cut-off | 03/01/2024 | 03/22/2024 |
| Last Day to Hear Motions | 03/04/2024 | 04/12/2024 |
| Last Day to Conduct ADR | 03/22/2024 | 04/05/2024 |

1

All other scheduling deadlines shall remain the same, i.e., as set forth in the Court's Order re Jury Trial, dated March 3, 2023.  Dkt. 28.

IT IS SO ORDERED.

Dated: January 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge