BALLARD SPAHR LLP
Joel E. Tasca (Cal. Bar No. 344697)
Tasca@ballardspahr.com
Peng Shao (State Bar No. 319624)
shaop@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400;
Facsimile:  424.204.4350

Antranig Garibian (*admitted pro hac vice*)
ag@garibianlaw.com
Garibian Law Offices, P.C.
261 Old York Road, Unit 427
Jenkintown, PA 19046
Telephone: 215.326.9179

*Attorneys for All Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>HARRY ZHABILOV, an individual; ENZOLYTICS, INC., a Delaware corporation, IMMUNOTECH LABORATORIES, INC., a Nevada corporation, and DOES 1-50<br><br>                Defendants. | Case No. 2:22-cv-06618-MWF-SK<br><br>**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        April 8, 2024<br>Time:       10:00 a.m.<br>Location:   Courtroom 5A<br>             U.S. Courthouse<br>             350 W. First Street<br>             Los Angeles, CA 90012 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

Pursuant to Federal Rule of Civil Procedure 56 and Central District Local Rule 56-1, Defendants, Harry Zhabilov, Immunotech Laboratories, Inc. and Enzolytics, Inc., hereby submit the following Statement of Uncontroverted Facts in support of their Motion for Summary Judgment.

| SUF No. | Fact[1] | Supporting Evidence |
|---|---|---|
| 1 | The March 2014 Settlement Agreement (Exhibit A to the declaration of Harry Zhabilov) and the May 2014 Transfer Agreement (Exhibit B to the declaration of Harry Zhabilov) each reference an agreement to transfer to Plaintiff 40,000,000 shares of Immunotech stock. | • Declaration of Harry Zhabilov, ¶8, Ex. A, B. |
| 2 | The March 2014 Settlement Agreement and the May 2014 Transfer Agreement were not two separate agreements. The March 2014 Settlement Agreement was the agreement which set forth the terms of Mr. Sakayan receiving the shares and the May 2014 Transfer Agreement effectuated the transfer of those shares. | • Declaration of Harry Zhabilov, ¶9, Ex. A, B. |
| 3 | Pursuant to the March 2014 Settlement Agreement and the May 2014 Transfer Agreement, Sakayan received 40,000,000 shares on May 19, 2014. | • Declaration of Harry Zhabilov, ¶¶9-10, Ex. D, p. 23 of 28. |
| 4 | Plaintiff is alleging that Immunotech breached the terms of the March 2016 Fee Agreement (Exhibit C to the declaration of Harry Zhabilov). The March 2016 Fee Agreement provides for the transfer of shares of Immunotech common stock upon completion of the | • Declaration of Harry Zhabilov, ¶11, Ex. C. |

---

[1] Defendants admit these facts for the purposes of this Motion only. These facts are not admitted for any other purposes of this litigation.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

|  | | |
|---|---|---|
|  | filing of a "Form 10"- as contemplated in the March 2016 Fee Agreement. | |
| 5 | Plaintiff did not perform under the March 2016 Fee Agreement. The "Form 10" was never filed. | • Declaration of Harry Zhabilov, ¶12. |
| 6 | Plaintiff is alleging that Immunotech breached an agreement that Plaintiff refers to as the March 2016 Purchase Agreement. Plaintiff is alleging that he entered into this agreement with "Billy Ray" who Plaintiff alleges was Immunotech's Chief Financial Officer. Billy Ray was never the Chief Financial Officer of Immunotech. In fact, Billy Ray was never an officer or director of Immunotech. | • Declaration of Harry Zhabilov, ¶¶13, 14. |
| 8 | There was no agreement between Immunotech and Plaintiff for Plaintiff to buy 250,000 shares of Immmunotech stock in exchange for $250. Zhabilov and Immunotech have no recollection or knowledge that Plaintiff ever paid or that Immunotech ever received $250.00. | • Declaration of Harry Zhabilov, ¶15. |
| 9 | In March 2018, at the time of the Asset Purchase Agreement, Dimitar Savov was not on the Board of Directors – and has never been on the Board of Directors – of Immunotech. At that time, the only members of the Board of Directors were Harry Zhabilov and Valentine Iordanov Dimitrov. | • Declaration of Harry Zhabilov, ¶16. |
| 10 | The Asset Purchase Agreement that is the subject of this lawsuit was approved by a majority of the shareholders of Immunotech. | • Declaration of Harry Zhabilov, ¶17. |

DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS

CASE NO. 2:22-CV-06618-MWF-SK

| | | |
|---|---|---|
| 11 | In November 2020, the party to the Asset Purchase Agreement, which at the time was named "Enzolytics, Inc.", was restructured in accordance with Section 251(g) of the Delaware General Corporate Law. ("251(g) Transaction") | • Declaration of Charles S. Cotropia, ¶16. |
| 12 | The terms of the 251(g) Transaction are set forth in the "Agreement and Plan of Merger." | • Declaration of Charles S. Cotropia, ¶17, Ex. F. |
| 13 | The terms of the 251(g) Transaction were disclosed in a November 23, 2020 Report. | • Declaration of Charles S. Cotropia, ¶18, Ex. E. |
| 14 | As a result of the 251(g) Transaction, the party to the Asset Purchase Agreement (which, at the time, of the Asset Purchase Agreement, was named "Enzolytics, Inc." – but is now named "Robustomed, Inc.") became a wholly-owned subsidiary of the defendant in this action, Enzolytics, Inc. | • Declaration of Charles S. Cotropia, ¶19. |
| 16 | On November 17, 2020, Enzolytics, Inc. entity which was the party to the Asset Purchase Agreement changed its name to "ENZC Sub, Inc." | • Declaration of Charles S. Cotropia, ¶21, Ex. B. |
| 17 | On November 17, 2020, two new Delaware corporations were formed: Enzolytics, Inc. (the defendant in this case) and Enzolytics Merger Corp. | • Declaration of Charles S. Cotropia, ¶22, Ex. A, C. |
| 18 | Pursuant to the 251(g) Transaction, a certificate of merger was filed with the Delaware Secretary of State to merge Enzolytics Merger Corp. with and into ENZC Sub, Inc., leaving ENZC Sub, Inc. | • Declaration of Charles S. Cotropia, ¶23, Ex. D. |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

3

DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS

CASE NO. 2:22-CV-06618-MWF-SK

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

|  | | |
|---|---|---|
|  | (the party to the Asset Purchase Agreement) in existence, but as a *subsidiary* of Enzolytics, Inc., the defendant in this action. | |
| 19 | ENZC Sub, Inc. is now known as "Robustomed, Inc." | Declaration of Charles S. Cotropia, ¶24, Ex. G. |
| 20 | Accordingly, as a result of the 251(g) Transaction, the entity that entered into the Asset Purchase Agreement (Robustomed, Inc.) is still in existence as a subsidiary of Enzolytics, Inc. | Declaration of Charles S. Cotropia, ¶25. |

DATED:  February 23, 2024          BALLARD SPAHR LLP
                                                        Joel E. Tasca
                                                        Peng Shao

                                                        By:  */s/ Peng Shao*
                                                                 Peng Shao

                                                        GARIBIAN LAW OFFICES, P.C.
                                                        Antranig N. Garibian (*admitted pro hac vice*)

                                                        *Attorneys for Defendants*
                                                        *Harry Zhabilov, Enzolytics, Inc., and*
                                                        *Immunotech Laboratories, Inc.*

4