THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50,<br><br>Defendants. | Case No. CV 22-6618-MWF(SKx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES** |

The Court, having considered the Parties' Stipulated Request to Extend Scheduling Deadlines, hereby ORDERS the following deadlines to be extended:

| Matter | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure (Rebuttal) | 03/01/2024 | 04/01/2024 |
| Expert Discovery Cut-off | 03/22/2024 | 04/22/2024 |

///

///

///

1

ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES

1    All other scheduling deadlines shall remain the same, i.e., as set forth in the

2    Court's Order re Jury Trial, dated March 3, 2023, and subsequent Orders Extending

3    Scheduling Deadlines.  (Docket Nos. 27, 31 and 33).

4    IT IS SO ORDERED

5

6    Dated: February 23, 2024

7

8    MICHAEL W. FITZGERALD
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES