# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARRY ZABILOV, an individual; ENZOLYTICS, INC., a Delaware corporation, IMMUNOTECH LABORATORIES, INC., a Nevada corporation, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:22-cv-06618-MWF(SKx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND ADR DEADLINES** |

The Court, having read and considered the Stipulated Request to Extend ADR Deadlines (Docket No. 39) and for good cause shown, GRANTS the parties' request. The last day to conduct ADR proceeding is extended from April 5, 2024, to April 24, 2024.

**IT IS SO ORDERED.**

Dated: March 5, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge