David Pierce (SBN 150231)
dpierce@dhpierce.com
Larry Liu (SBN 175799)
lliu@dhpierce.com
Shih-Chieh Wang (SBN 329518)
jwang@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
Tel: (818) 826-5480
Fax: (818) 826-5486

Attorneys for Plaintiff
ELIE SAKAYAN

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual, | Case No. 2:22-cv-06618-MWF-SK |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES REALTED TO DISCOVERY AND TRIAL** |
| HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50, | |
| Defendants. | |

The Parties hereby stipulate and respectfully request that the Court extend certain scheduling deadlines, as set forth more fully below.

## RECITALS

1.  On March 11, 2024, Plaintiff's counsel David H. Pierce and Defendants' counsel Antranig Garibian, Peng Shao, and Joel Tasca discussed this matter and the potential early resolution.

2.  Parties acknowledged that the Settlement Conference was dated April 24, 2024.. With respect to outstanding discovery, counsel discussed that Plaintiff's responses to Defendants' written discovery were still due and would be provided.

Counsel further discussed that if the parties would agree to depositions of parties and/or party representatives (which would be the *only* fact witness depositions to be taken in this matter), that those depositions would take place after the settlement conference. Lastly, counsel discussed an agreement to extend expert discovery (disclosures, reports and depositions) until after the April 24, 2024 settlement conference.

3.      Parties further agreed that, if depositions proceed, the percipient depositions to which this Stipulation applies will be limited to the Person(s) Most Qualified ("PMQs") for Plaintiff, Defendant Immunotech, and Defendant Enzolytics.

4.      Parties will meet and confer in good faith following the Court's ruling on the Defendants' Motion for Summary Judgment to determine whether the PMQs will be produced.

5.      The completion date for expert disclosure (rebuttal) will be extended to June 8, 2024, forty-five (45) days following the Settlement Conference dated April 24, 2024.

6.      The completion date for expert depositions will be extended to June 23, 2024, sixty (60) days following the Settlement Conference dated April 24, 2024.

7.      Plaintiff agrees that the continuance of percipient and expert discovery will not be an issue raised in its opposition to Defendants' Motion for Summary Judgment.

8.      Parties believe that good cause exist and request the trial be continued to December 2, 2024, as counsel for the Plaintiff has a calendar conflict due to the recent engagement and now wedding of his first and only son on June 22, 2024 in Colorado. Defendants' counsel has agreed to consent to this request as a courtesy to Plaintiff's counsel. With respect to the proposed alternate date, the parties request December 2, 2024 due to the fact that counsel for the Defendants has trials and

STIPULATED REQUEST TO EXTEND DEADLINES – 2:22-CV-106618-MWF-SK

scheduling conflicts between August and early December, 2024.

9.     Based on the agreement between the Parties, by and through their respective counsel of record, the Parties respectfully request a continuance of limited discovery completion dates, along with a request for continuation of the current trial date of June 11, 2024.

## STIPULATION

The Parties hereby stipulate and respectfully request that the Court extend certain scheduling deadlines, as set forth in the table below.

| Matter | Current Deadline | Proposed New Deadline |
|---|---|---|
| Scheduled ADR | 04/24/2024 | Unchanged |
| Non Expert Discovery Cut-off | 03/08/2024 | 05/24/2024 |
| Expert Disclosure (Rebuttal) | 04/01/2024 | 06/08/2024 |
| Expert Discovery Cut-off | 04/22/2024 | 06/23/2024 |
| Trial Date | 06/11/2024 | 12/02/2024 |

Dated: March 28, 2024                    DAVID H. PIERCE & ASSOCIATES PC

                                         /s/ *David Pierce*
                                         David Pierce
                                         Larry Liu
                                         Shih-Chieh Wang
                                         Attorneys for Plaintiff
                                         ELIE SAKAYAN

Dated: March 28, 2024                    GARIBIAN LAW OFFICES, PC

                                         /s/ *Antranig Garibian*
                                         Antranig Garibian
                                         Attorney for Defendants
                                         HARRY ZHABILOV, ENZOLYTICS, INC., and
                                         IMMUNOTECH LABORATORIES, INC.

Dated: March 28, 2024                    GARIBIAN LAW OFFICES, PC

                                         /s/ *Peng Shao*
                                         Peng Shao

                                         Attorney for Defendants
                                         HARRY ZHABILOV, ENZOLYTICS, INC., and
                                         IMMUNOTECH LABORATORIES, INC.
                                         BALLARD SPAHR LLP

## **ATTESTATION**

Pursuant to Local Civil Rule L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document.

Dated: March 28, 2024                    DAVID H. PIERCE & ASSOCIATES PC

                                    /s/ *Jake Wang*
                                    David Pierce
                                    Larry Liu
                                    Shih-Chieh Wang
                                    Attorneys for Plaintiff
                                    ELIE SAKAYAN