**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIE SAKAYAN,<br><br>PLAINTIFF(S)<br>v.<br>HARRY ZABILOV, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 22-6618-MWF(SKx)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
No proposed Order was filed with the Request. See http://www.cacd.uscourts.gov/e-filing/proposed-documents and this Court's Procedures and Schedules.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Stipulated Request to Extend Scheduling Deadlines | 3/28/2024 (Docket No. 44) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

March 29, 2024
Date

_/s/ Michael W. Fitzgerald_
United States District Judge

CV-80 (12/22)        **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**