David Pierce (SBN 150231)
dpierce@dhpierce.com
Larry Liu (SBN 175799)
lliu@dhpierce.com
Shih-Chieh Wang (SBN 329518)
jwang@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
Tel: (818) 826-5480
Fax: (818) 826-5486

Attorneys for Plaintiff
ELIE SAKAYAN

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50,<br><br>　　　　Defendants. | Case No. 2:22-cv-06618-MWF-SK<br><br>**STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINE REALTED TO ADR** |

　　The Parties hereby stipulate and respectfully request that the Court extend the ADR scheduling deadline, as set forth more fully below.

**RECITALS**

　　1.　This matter has been referred to Magistrate Judge Steve Kim for a settlement conference scheduled for April 24, 2024.  Dkt. 41.

　　2.　Consistent with this, the Court issued a Scheduling Order that shows a "Scheduled ADR" for April 24, 2024.  Dkt. 47.

1
STIPULATED REQUEST TO EXTEND ADR DEADLINE – 2:22-CV-106618-MWF-SK

3. Plaintiff's lead counsel, David Pierce, who intends on appearing at the settlement conference, was scheduled to begin trial in another matter on April 9, 2024. That other matter is *Michael Rainey, et al. v. Nevada Irrigation District*, Nevada County Superior Court, State of California, Case No. CU19-084309 ("Rainey Action").

4. The trial estimate in the Rainey Action is six days. Therefore, the trial would be completed before the settlement conference scheduled for April 24, 2024.

5. However, on April 5, 2024, the court in the Rainey Action continued the trial until April 16, 2024. The trial estimate remains six days, but the court only has trial on three days a week, i.e., Tuesday through Thursday. Therefore, trial would not have been completed until April 25, 2024, at the earliest.

6. Further, this Monday, on April 15, 2024, Mr. Pierce attended a pre-trial conference in the Rainey Action, at which time the court continued the trail for two additional days until April 18, 2024. Therefore, trial will not be completed until May 2, 2024.

7. Given this conflict, the Parties contacted Magistrate Judge Kim's Courtroom Deputy and learned that Magistrate Judge Kim is available for a settlement conference on May 8, 2024. *See* Email from Connie Chung to Larry Liu, dated April 15, 2024 [@ 12:20 p.m. PDT].

8. Based on this, the Parties, by and through their respective counsel of record, respectfully request a continuance of the Scheduled ADR date to May 8, 2024.

/ / /

/ / /

/ / /

# STIPULATION

The Parties hereby stipulate and respectfully request that the Court extend the following scheduling deadline, as set forth in the table below.

| Matter | Current Deadline | Proposed New Deadline |
|---|---|---|
| Scheduled ADR | 04/24/2024 | 05/08/2024 |

Dated: April 17, 2024          DAVID H. PIERCE & ASSOCIATES PC

/s/ *Larry Liu*
David Pierce
Larry Liu
Shih-Chieh Wang

Attorneys for Plaintiff
ELIE SAKAYAN

Dated: April 17, 2024          GARIBIAN LAW OFFICES, PC

/s/ *Antranig Garibian*
Antranig Garibian

Attorney for Defendants
HARRY ZHABILOV, ENZOLYTICS, INC., and IMMUNOTECH LABORATORIES, INC.

Dated: April 17, 2024          GARIBIAN LAW OFFICES, PC

/s/ *Peng Shao*
Peng Shao

Attorney for Defendants
HARRY ZHABILOV, ENZOLYTICS, INC., and IMMUNOTECH LABORATORIES, INC.

BALLARD SPAHR LLP

# ATTESTATION

Pursuant to Local Civil Rule L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document.

Dated: April 17, 2024           DAVID H. PIERCE & ASSOCIATES PC

/s/ *Larry Liu*
David Pierce
Larry Liu
Shih-Chieh Wang

Attorneys for Plaintiff
ELIE SAKAYAN