THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual, | Case No. 2:22-cv-06618-MWF(SKx) |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINE RELATED TO ADR** |
| v. | |
| HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50, | |
| Defendants. | |

The Court has reviewed the parties' Stipulated Request to Extend the ADR deadline in this matter.  (Docket No. 52).  For good cause shown, the last day to conduct the ADR proceeding is **CONTINUED** from April 24, 2024, to **May 8, 2024**.

IT IS SO ORDERED.

Dated:  April 17, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

cc:  Magistrate Judge Steve Kim

1