David Pierce (SBN 150231)
dpierce@dhpierce.com
Larry Liu (SBN 175799)
lliu@dhpierce.com
Shih-Chieh Wang (SBN 329518)
jwang@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
Tel: (818) 826-5480
Fax: (818) 826-5486

Attorneys for Plaintiff
ELIE SAKAYAN

### THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50,<br><br>Defendants. | Case No. 2:22-cv-06618-MWF-SK<br><br>**DECLARATION OF LARRY LIU RE ORDER TO SHOW CAUSE** |

### <u>DECLARATION OF LARRY LIU</u>

I, Larry Liu, declare:

1.     I am an attorney at David H. Pierce & Associates PC, counsel for Plaintiff Elie Sakayan, and if called to testify, I could and would testify competently to the following.

2.     Per the Court's Order Re Remote Settlement Conference with U.S. Magistrate Judge Kim (ECF 41), I understood that Plaintiff was to submit a Confidential Settlement Conference Statement seven calendar days before the settlement conference scheduled for May 8, 2024, i.e., by May 1, 2024.

3.      Plaintiff's lead counsel, David Pierce, had started trial in another matter.  That other matter was *Michael Rainey, et al. v. Nevada Irrigation District*, Nevada County Superior Court, State of California, Case No. CU19-084309 ("Rainey Action").

4.      Therefore, Mr. Pierce tasked me with preparing Plaintiff's Confidential Settlement Conference Statement.

5.      I had started to prepare the settlement conference statement before May 1, 2024, with plans to finalize and submit it on that date.

6.      However, on May 1, 2024, I (admittedly) became distracted in preparing a "pocket" brief for the Rainey Action and did not in fact finalize the settlement conference statement.

7.      On May 2, 2024, I received the Court's Civil Minutes Re Order to Show Cause (ECF 56) in the morning.  (Email from SK Chambers to David Pierce, et al., dated May 2, 2024 [@ 9:40 a.m. PDT].)

8.      I immediately proceed to finalize and submit Plaintiff's Confidential Settlement Conference Statement that day, May 2, 2024, at 1:57 p.m. PDT.  (Email from Larry Liu to SK Chambers, dated May 2, 2024 [@ 9:40 a.m. PDT].)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of May 2024, at Rancho Palos Verdes, California.

/s/ *Larry Liu*
Larry Liu

2