UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 22-06618-MWF (SKx)                                              Date: May 8, 2024

Title   Elie Sakayan v. Harry Zabilov et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 05/08/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| David Pierce<br>Larry Liu<br>Shih-Chieh Wang | Antranig Garibian<br>Joel Tasca |

**Proceedings:**  **(1) ORDER TO SHOW CAUSE; and**
**(2) SETTLEMENT CONFERENCE**

Order to Show Cause held via Zoom videoconference with Plaintiff Elie Sakayan and Plaintiff's counsel Larry Liu and Shih-Chieh Wang only.  Case called.  The parties state their appearances for the record.  The Court confers with Plaintiff and Plaintiff's counsel as stated on the record.

Settlement Conference held via Zoom videoconference with all parties.  Case called.  The parties state their appearances for the record.  The Court and parties conduct settlement discussions off the record.  The parties are advised that all discussions were, and are, deemed to be confidential settlement discussions.

The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation.

                                                                                                                09:00
                                                                   **Initials** of Preparer        CC