BALLARD SPAHR LLP
Joel E. Tasca (Cal. Bar No. 344697)
Tasca@ballardspahr.com
Elliot G. Johnson (State Bar No. 317303)
johnsoneg@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

GARIBIAN LAW OFFICES, P.C.
Antranig Garibian (*admitted pro hac vice*)
ag@garibianlaw.com
261 Old York Road, Unit 427
Jenkintown, PA 19046
Telephone: 215.326.9179

*Attorneys for All Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50,<br><br>Defendants. | Case No. 2:22-cv-06618-MWF-SK<br><br>**Discovery Document: Referred to Magistrate Judge Steve Kim**<br><br>**DEFENDANTS' NOTICE AND MOTION TO COMPEL WRITTEN DISCOVERY AND REQUEST FOR SANCTIONS**<br><br>**Hearing Date: July 17, 2024**<br>**Time:         10:00AM**<br>**Courtroom:  540**<br><br>Discovery Cutoff Date: 5/23/2024<br>Pretrial Conference Date: 11/18/24<br>Trial Date: 12/3/24 |

DMFIRM #412673738 v2

1

DEFENDANTS' NOTICE & MOTION TO COMPEL WRITTEN DISCOVERY
2:22-CV-106618-MWF-SK

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Harry Zhabilov, Enzolytics, Inc., and Immunotech Laboratories, Inc. (collectively "Defendants") on July 17, 2024, or as soon thereafter as this matter can be heard before the Honorable Steve Kim, Magistrate Judge of the United States District Court for the Central District of California, at 255 E. Temple Street, Courtroom 540, 5th Floor, Los Angeles, California 90012, by and through their counsel, will and hereby do move this Court for an Order: (i) compelling Plaintiff to respond to the written discovery served by Defendants, (ii) extending the discovery cutoff for a brief period to allow Plaintiff to comply with his obligation to serve discovery responses, and (iii) for sanctions against Plaintiff and/or his counsel of at least $5,474.02 to reimburse Defendants and prevent further abusive and dilatory tactics.

The parties have extensively met and conferred. While counsel for Plaintiff failed to meet and confer in person or within 10 days of counsel for Defendants' meet and confer letter, a telephonic conference of counsel was held on May 28, 2024. Plaintiff's counsel has <u>repeatedly agreed to provide discovery responses without objections for months</u>, but still has failed to so.

Following the conference, on June 4, 2024, Counsel for Defendants emailed Plaintiff's counsel their joint stipulation along with all declarations offered in support of Defendants' position. Plaintiff's counsel emailed confirming receipt on June 5, 2024. Counsel for Defendants followed up if Plaintiff's counsel would provide his additions to the joint stipulation on June 10, 2024. However, Plaintiff's counsel has not responded or provided any additions to the joint stipulation. Therefore, and because more than seven days has passed and the exigency of this matter, Defendants proceeded with filing Motion pursuant to LR 37-2.4. Johnson Decl. ¶ 10, Ex. 6.

This Motion is based on LR 37-2; Federal Rules of Civil Procedure 16, 33, 34, and 37; the Points and Authorities and Declaration of Elliot G. Johson in support

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

thereof; all files and pleadings in this action; and all oral argument that may be heard at the hearing.

Dated: June 13, 2024   BALLARD SPAHR LLP

/s/ *Elliot G. Johnson*
Elliot G. Johnson

Attorneys for Defendants
HARRY ZHABILOV, ENZOLYTICS, INC.,
and IMMUNOTECH LABORATORIES, INC.

Dated: June 13, 2024   GARIBIAN LAW OFFICES, PC

/s/ *Antranig Garibian*
Antranig Garibian

Attorneys for Defendants
HARRY ZHABILOV, ENZOLYTICS, INC.,
and IMMUNOTECH LABORATORIES, INC.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

DMFIRM #412673738 v2

3
DEFENDANTS' NOTICE & MOTION TO COMPEL WRITTEN DISCOVERY
2:22-cv-106618-MWF-SK