BALLARD SPAHR LLP
Joel E. Tasca (Cal. Bar No. 344697)
Tasca@ballardspahr.com
Elliot G. Johnson (State Bar No. 317303)
johnsoneg@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400 | Fax: 424.204.4350

Antranig N. Garibian (*admitted pro hac vice*)
ag@garibianlaw.com
GARIBIAN LAW OFFICES, PC
1523 Concord Pike, Suite 400
Wilmington, DE 19803
Tel: 302-722-6885

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>HARRY ZABILOV, an individual; ENZOLYTICS, INC., a Delaware corporation, IMMUNOTECH LABORATORIES, INC., a Nevada corporation, and DOES 1-50,<br><br>    Defendants. | Case No. 2:22-cv-06618-MWF-SK<br><br>[Discovery Document: Referred to Magistrate Judge Steve Kim]<br><br>**DEFENDANTS' REQUEST FOR OUT OF STATE COUNSEL TO APPEAR REMOTELY FOR ORDER TO SHOW CAUSE REGARDING DISCOVERY SANCTIONS AGAINST PLAINTIFF AND HIS COUNSEL**<br><br>Hearing Date: July 17, 2024<br>Time: 10:00 a.m.<br>Courtroom: 540<br><br>Discovery Cutoff Date: 5/23/2024<br>Pretrial Conference Date: 11/18/24<br>Trial Date: 12/3/24 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: 424.204.4400

On June 27, 2024, United States Magistrate Judge Steve Kim entered the ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL [ECF 60] AND REQUIRING PLAINTIFF TO SHOW CAUSE WHY DISCOVERY SANCTIONS SHOULD NOT BE IMPOSED (the "Order"). ECF 61. The Order requires Plaintiff Ellie Sakayan and his counsel of record to appear in person at 10 AM on July 17, 2024 in Courtroom 540 regarding discovery sanctions – including payment of at least $5,474.02 for Defendants' attorney fees.

Defendants' in state California counsel intends to appear for the hearing in person. In addition, Defendants' out of state counsel request leave to appear remotely. Mr. Antranig Garibian is located in Delaware and was not ordered to appear. However, Mr. Garibian requests a remote appearance so that he may contribute to the hearing as the Court may permit him to. As the Court can see from the original motion filed by Defendants, Mr. Garibian was primarily corresponding with Plaintiff and Plaintiff's counsel regarding the underlying discovery issues and it is foreseeable that his participation may end up being informative to the discussion. The request is to allow Mr. Garibian to participate in the hearing – but allow Defendants to avoid the substantial expense travel costs that would be associated with his attendance.

DATED: July 2, 2024

BALLARD SPAHR LLP
Joel E. Tasca
Elliot G. Johnson

By: */s/ Elliot G. Johnson*
      Elliot G. Johnson
Attorneys for Defendants
Harry Zhabilov, Enzolytics, Inc., and
Immunotech Laboratories, Inc.

| | | |
|---|---|---|
| 1 | DATED: July 2, 2024 | GARIBIAN LAW OFFICES, PC |
| 2 | | Antranig Garibian (*admitted pro hac vice*) |
| 3 | | |
| 4 | | By: */s/ Antranig Garibian* |
| | | Antranig Garibian |
| 5 | | Attorneys for Defendants |
| 6 | | Harry Zhabilov, Enzolytics, Inc., and Immunotech Laboratories, Inc. |