UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  CV 22-06618-MWF (SKx)                                      Date: July 3, 2024

Title   Elie Sakayan v. Harry Zabilov et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RE: DEFENDANTS' REQUEST FOR OUT OF STATE COUNSEL TO APPEAR REMOTELY FOR ORDER TO SHOW CAUSE REGARDING DISCOVERY SANCTIONS AGAINST PLAINTIFF AND HIS COUNSEL (ECF 62)**

Defendants' request for out of state counsel to appear remotely for the Order to Show Cause re: Discovery Sanctions hearing set for July 17, 2024 at 10:00 AM before Magistrate Judge Steve Kim is granted. Defendants' out of state counsel, Antranig Garibian, is permitted to appear by telephone. The Courtroom Deputy Clerk will initiate the call to Mr. Garibian about ten minutes prior to the scheduled proceeding. Mr. Garibian is instructed to email Judge Kim's chambers at SK_Chambers@cacd.uscourts.gov as soon as possible, to provide the best phone number to reach him on July 17.

IT IS SO ORDERED.