David Pierce (SBN 150231)
dpierce@dhpierce.com
Larry Liu (SBN 175799)
lliu@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
Tel: (818) 826-5480
Fax: (818) 826-5486

Attorneys for Plaintiff
ELIE SAKAYAN

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual, | Case No. 2:22-cv-06618-MWF-SK |
| Plaintiff, | |
| v. | **DECLARATION OF DAVID H. PIERCE REGARDING THE COURT'S ORDER TO SHOW CAUSE AGAINST PLAINTIFF TO SHOW CAUSE WHY DISCOVERY SANCTIONS SHOULD NOT BE IMPOSED** |
| HARRY ZABILOV, an individual, ENZOLYTICS, INC., a Delaware corporation; IMMUNOTECH LABORATORIES, INC., a Nevada Corporation, and DOES 1 – 50, | |
| Defendants. | **Date:  July 17, 2024** <br> **Time:  10:00 a.m.** <br> **Place:  Department 540** |

1.    I am an attorney duly licensed to practice law in all the courts of the State of California, and I am a member of the law firm of DAVID H. PIERCE & ASSOCIATES, PC, attorneys of record for Plaintiff, ELIE SAKAYAN. I have personal knowledge of the facts contained in this declaration and, if called upon as a witness, I could and would competently testify thereto.

2.    I submit this Declaration for the Court's consideration in response to its Order to Show Cause Against Plaintiff set for July 17, 2024, at 10:00 a.m. in Department 540.

3.    Defendant's request for production of documents was assigned to Larry Liu, Esq. of this firm to handle, as I was engaged in a lengthy trial in Northern California, taking me out of the office during much of the time during the months of March (end), April and May (beginning) 2024.

4.    Upon my return to the office, unfortunately I was once again engaged in personal matters taking me out of the office, involving two funerals, a bar mitzvah, three graduations, and my son's wedding out of state.

5.    The delay in providing responses to Defendant's request for production of documents resulted from attorney mistake, inadvertence, or neglect, and was in no way a result of client conduct.  It is respectfully requested that Elie Sakayan not be required to personally attend the hearing on July 17, 2024.

6.    It is my understanding and intent that responses to Defendant's request for production of documents will be provided prior to the hearing on July 17, 2024.

///

///

///

///

2

7.   It is respectfully requested that monetary sanctions not be ordered unless responses are not provided by the hearing on July 17, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of July 2024, at Sherman Oaks, California

_____
DAVID H. PIERCE

3