UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case Nos.   **CV 22-6618-MWF (SKx)**                     Dated: **July 18, 2024**
            **CV 24-2306-MWF(SKx)**

Title:      Elie Sakayan -*v*- Harry Zabilov, et al.
            Elie Sakayan et al -*v*- Harry Zhabilov, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

            Rita Sanchez                          Not Reported
            Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Not Present                              Not Present

**PROCEEDINGS (IN CHAMBERS):         COURT ORDER**

    In light of the voice mail and email correspondence from counsel, the Court sets a hearing on Order To Show Cause Re Dismissal for January 6, 2025 at 11:30 a.m.  All other hearings and deadlines are hereby vacated.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.

    IT IS SO ORDERED.