BALLARD SPAHR LLP
Joel E. Tasca (CA Bar No. 344697)
Tasca@ballardspahr.com
Elliot G. Johnson (CA Bar No. 317303)
Johnsoneg@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Tel: 424.204.4400 | Fax:  424.204.4350

GARIBIAN LAW OFFICE
Antranig N. Garibian (*admitted pro hac vice*)
ag@garibianlaw.com
1523 Concord Pike, Suite 400
Wilmington, DE 19803
Tel: 302.722.6885

Attorneys for Harry Zhabilov
and Immunotech Laboratories, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HARRY ZABILOV, an individual; ENZOLYTICS, INC., a Delaware corporation, IMMUNOTECH LABORATORIES, INC., a Nevada corporation, and DOES 1-50,<br><br>        Defendants. | Case No. 2:22-cv-06618-MWF-SK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Pretrial Conference Date:  11/18/24<br>Trial Date:                          12/3/24 |

DMFIRM #413128001 v2

JOINT NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Ellie Sakayan and Defendants Harry Zabilov and Immunotech Laboratories, Inc. have reached an agreement to resolve this action in principle, subject to the drafting of an agreeable settlement agreement.

IT IS SO STIPULATED

DATED: July 18, 2024

BALLARD SPAHR LLP
Joel E. Tasca
Elliot G. Johnson

By: */s/ Elliot G. Johnson*
      Elliot G. Johnson

Attorneys for Defendants
Harry Zhabilov and Immunotech Laboratories, Inc.

DATED: July 18, 2024

GARIBIAN LAW OFFICES, PC
Antranig Garibian (*admitted pro hac vice*)

By: */s/ Antranig Garibian*
      Antranig Garibian

Attorneys for Defendants
Harry Zhabilov and Immunotech Laboratories, Inc.

DATED: July 18, 2024

DAVID H. PIERCE & ASSOCIATES PC
David Pierce
Larry Liu

By: */s/ Larry Liu*
      Larry Liu

Attorneys for Plaintiff
Ellie Sakayan

1  I, Elliot G. Johnson, attest pursuant to L.R. 5-4.3.4(a)(2)(i), that all other
2 signatories listed, and on whose behalf the filing is submitted, concur in the filing's
3 content and have authorized the filing.

*/s/ Elliot G. Johnson*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915