UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | |
|---|---|
| 1a. Contact Person for this Order | Elie Mikael Sakayan |
| 2a. Contact Phone Number | 4242022102 |
| 3a. Contact E-mail Address | aaagroupbenefits@gmail.com |
| 1b. Attorney Name (if different) | |
| 2b. Attorney Phone Number | |
| 3b. Attorney E-mail Address | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

8209 Foothill Blvd Unit A233
Sunland  Ca 91040

5. Name & Role of Party Represented: Elie Mikael Sakayan vs Harry Zhabilov etal

6. Case Name: ELIE SAKAYAN, an individual,
Plaintiff,

7a. District Court Case Number: 2:22-cv-06618-MWF-SK

7b. Appeals Court Case Number:

8.  INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

[X] DIGITALLY RECORDED     [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Connie Chong

9. THIS TRANSCRIPT ORDER IS FOR:     [ ] Appeal  [X] Non-Appeal     [ ] Criminal  [X] Civil     [ ] CJA  [X] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)* | | | | b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)* | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION  If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | *(Provide release date of efiled transcript, or check to certify none yet on file. )* | *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")* |
| 07/17/2024 | | Michael Fitz | Sealed Settlement Conference | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | 14 days |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | - |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Want everything including Minutes and on and off records during that session held on July 17 2024 via pdf if available, if not available via pdf , via any other format available

12.  ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 21 2024     Signature: Elie Mikael Sakayan

G-120 (06/18)