# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAKAYAN, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>HARRY ZABILOV, an individual, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:22-cv-06618-MWF-SK<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

[x] The Court hereby orders that the request of:

__Elie Sakayan__  [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

[x] to substitute __Richard Mooney (of RJM Litigation Group)__ who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

__505 Montgomery Street, Suite 1100__
*Street Address*

__San Francisco, CA 94111__    __richard.mooney@rjmlitigation.com__
*City, State, Zip*                              *E-Mail Address*

__(415) 874-3711__         _____          __176486__
*Telephone Number*      *Fax Number*     *State Bar Number*

as attorney of record instead of __David H. Pierce, Larry J. Liu, and Shih-Chieh Wang__
*List all attorneys from same firm or agency who are withdrawing.*

(all of David H. Pierce & Associates PC)

**is hereby** [X] **GRANTED**  [ ] **DENIED**

The Court hereby orders that the request of [_____]
*List all attorneys from same firm or agency who are withdrawing.*

[_____]
to withdraw as attorney of record for [_____]

**is hereby** [ ] **GRANTED** [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated __October 24, 2024__

*/s/ Michael W. Fitzgerald*
Hon. Michael W. Fitzgerald, U.S. District Judge