1 | Richard Mooney, Esq. (SBN 176486)
    richard.mooney@rjmlitigation.com
2 | RJM Litigation Group
    505 Montgomery St. #1100
3 | San Francisco, California 94111
    Telephone: (415) 874-3711

4 | Attorneys for Plaintiff

5 | [Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elie Sakayan, an individual, | Case No. 22-CV-06618-MWF-SK |
| Plaintiff, | Joint Status Report re Settlement |
| v. | **Conference** |
| Harry Zabilov, an individual; Enzolytics, Inc., a Delaware corporation; Immunotech Laboratories, Inc., a Nevada corporation; and Does 1-50, | Monday, February 10, 2025<br>3:45 p.m.<br>Via Zoom |
| Defendants. | |

1         Pursuant to the Court's Order (Docket No. 80), counsel for the parties are prepared
2 to appear via Zoom at 3:45 p.m. on February 10, 2025 in response to the Court's previous Order To
3 Show Cause re Settlement. The parties jointly provide the following status update regarding the
4 settlement, in the event the Court may wish to continue the OSC conference in light of the updated
5 information. In particular:

6

7         The parties executed a complete, final, and enforceable settlement agreement on or
8 about January 24, 2025. The settlement provides for dismissals with prejudice to be filed in this
9 case and in the related (but not consolidated) case (*Sakayan v. Zabilov*, 24-cv-2306) upon
10 (1) payment of certain funds, and (2) transfer of certain shares of stock. The payment is complete.
11 The stock transfer has been briefly delayed by the internal processes of a third party transfer agent,
12 but the parties are confident that the transfer will be completed within 1-2 weeks, at which point the
13 dismissals with prejudice will be promptly filed.

14

15         If it suits the Court, the parties respectfully suggest that the February 10 conference
16 be continued to a date and time deemed suitable by the Court.

17
18
19
20
21
22
23                               [rest of page intentionally blank]
24
25
26
27
28

Counsel for the parties thank the Court for its time and consideration.

Dated: February 7, 2025         RJM Litigation Group

By: _____/s/_____
Richard Mooney[1]
Attorneys for Plaintiff

Dated: February 7, 2025         Garibian Law Office

By: _____/s/_____
Antranig Garibian
Attorneys for Harry Zhabilov and Immunotech Laboratories, Inc.

---

[1] Counsel hereby attests that concurrence in the filing of this document has been obtained from the other signatory(ies) of this document.