1 | Richard Mooney, Esq. (SBN 176486)
  | richard.mooney@rjmlitigation.com
  | RJM Litigation Group
2 | 505 Montgomery St. #1100
  | San Francisco, California 94111
3 | Telephone:  (415) 874-3711

4 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Elie Sakayan, an individual, | Case No. 22-CV-06618-MWF-SK |
|---|---|
| Plaintiff, | Joint Status Report re Settlement |
| v. | **Conference** |
| Harry Zabilov, an individual; Enzolytics, Inc., a Delaware corporation; Immunotech Laboratories, Inc., a Nevada corporation; and Does 1-50, | Monday, March 3, 2025 11:00 a.m. Via Zoom |
| Defendants. | |

In advance of the Order To Show Cause hearing set for Monday, March 3, Plaintiff provides this brief written update regarding the status of the settlement and dismissal.

As noted in the prior status report on this issue (filed February 7; docket number 81), the parties executed a settlement agreement calling for dismissal with prejudice to be filed in this case and in the related (but not consolidated) case (*Sakayan v. Zabilov*, 24-cv-2306) upon (1) payment of certain funds, and (2) transfer of certain shares of stock. The payment was complete at the time of the February 7 filing. Because of confusion about the information needed to effectuate the transfer, along with an inadvertent communication misunderstanding by undersigned counsel, the transfer is not yet complete. However, the additional information required was provided by undersigned counsel on February 25, and Plaintiff anticipates that the transfer will be completed within the next few days, at which point the two dismissals with prejudice will be promptly filed.

Counsel and the parties greatly appreciate the Court's time and consideration.

Dated: February 28, 2025        RJM Litigation Group

By: _____/s/_____
Richard Mooney
Attorneys for Plaintiff

-1-