Richard Mooney, Esq. (SBN 176486)
    richard.mooney@rjmlitigation.com
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, California 94111
Telephone:  (415) 874-3711

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elie Sakayan, an individual, | Case No. 22-CV-06618-MWF-SK |
| Plaintiff, | Plaintiff's Status Report re Settlement |
| v. | **Conference** |
| Harry Zabilov, an individual; Enzolytics, Inc., a Delaware corporation; Immunotech Laboratories, Inc., a Nevada corporation; and Does 1-50, | Monday, March 24, 2025<br>11:30 a.m.<br>Via Zoom |
| Defendants. | |

In advance of the Order To Show Cause hearing set for Monday, March 24, Plaintiff provides this brief written update regarding the status of the settlement and dismissal.

As noted in a prior status report on this issue (filed February 7; docket number 81), the parties executed a settlement agreement calling for dismissal with prejudice to be filed in this case and in the related (but not consolidated) case (*Sakayan v. Zabilov*, 24-cv-2306) upon (1) payment of certain funds, and (2) transfer of certain shares of stock.

As noted in the second status report on this issue (filed February 28; docket number 83), the required payment was complete in early February, but the stock transfer was not complete as of the February status report or as of the March 3 OSC hearing.  On March 19, nearly eight weeks after the settlement, counsel for Defendants indicated that the requisite shares have been issued in Mr. Sakayan's name and that he could contact the Nevada-based transfer agent to secure them.  Mr. Sakayan has informed undersigned counsel that he will do so Monday morning. Presuming everything is as expected, then, a dismissal with prejudice could be filed on Monday.

Undersigned counsel would also like to inform the Court, with apologies, that he unexpectedly has to travel to Chicago tomorrow, and the only plausible flight from New Orleans leaves at 12:25 p.m. Pacific time.  Undersigned counsel believes that he can secure a closed room inside the United Club for the 11:30 a.m. Zoom, but apologizes in advance for any difficulties or background noise that might occur.

Counsel and the parties greatly appreciate the Court's time and consideration.

Dated:  March 23, 2025                    RJM Litigation Group

By: _____/s/_____
Richard Mooney
Attorneys for Plaintiff

-1-