Richard Mooney, Esq. (SBN 176486)
    richard.mooney@rjmlitigation.com
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, California 94111
Telephone: (415) 874-3711

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elie Sakayan, an individual, | Case No. 22-CV-06618-MWF-SK |
| Plaintiff, | Stipulation of Voluntary Dismissal with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) |
| v. | |
| Harry Zabilov, an individual; Enzolytics, Inc., a Delaware corporation; Immunotech Laboratories, Inc., a Nevada corporation; and Does 1-50, | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is voluntarily dismissed with prejudice as to all claims, causes of action, and parties.

Dated:  April 3, 2025  RJM Litigation Group

By: _____/s/_____
Richard Mooney[1]
Attorneys for Plaintiff


Dated:  April 3, 2025  Greenberg Traurig, LLP

By: _____/s/_____
Joel Tasca
Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), counsel for Plaintiff represents and confirms that counsel for Defendants concurs with the contents of this document and has authorized its filing.

-1-